01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. MJ20-537
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )   DETENTION ORDER
11  RICARDO GUTIERREZ-SUAREZ,            )
                                         )
12          Defendant.                   )
    _____ )
13

14

    Offense charged:       Possession With Intent to Distribute Heroin
15

    Date of Detention Hearing:    August 28, 2020.
16

            The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17

    based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18

    that no condition or combination of conditions which defendant can meet will reasonably assure
19

    the appearance of defendant as required and the safety of other persons and the community.
20

            FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
21

            1.      Defendant is a native and citizen of Mexico.  His parents continue to reside in
22

    DETENTION ORDER
    PAGE -1

01  that country.  He has a Mexican passport.  Defendant was not able to provide a name for a

02  local employer, or contact information for a supervisor or coworkers.  His address in this

03  District appears to have a number of transient residents.  Defendant does not have a viable

04  release plan and does not contest detention.

05  2.     Defendant poses a risk of nonappearance based on lack of verified ties to this

06  community and unknown or unverified background information.  His status in this country is

07  not known, and he has strong ties to Mexico, including a Mexican passport.  Defendant poses

08  a risk of danger based on the nature of the offense.

09          3.     There does not appear to be any condition or combination of conditions that will

10  reasonably assure the defendant's appearance at future Court hearings while addressing the

11  danger to other persons or the community.

12  It is therefore ORDERED:

13  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

14      General for confinement in a correction facility;

15  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16  3.  On order of the United States or on request of an attorney for the Government, the person

17      in charge of the corrections facility in which defendant is confined shall deliver the

18      defendant to a United States Marshal for the purpose of an appearance in connection with a

19      court proceeding; and

20  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21      the defendant, to the United States Marshal, and to the United State Probation Services

22      Officer.

DETENTION ORDER
PAGE -2

01          DATED this 28th day of August, 2020.

02

03                                                  _____
                                                    Mary Alice Theiler
04                                                  United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3